UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ADRIENNE DURHAM,** <br> **Plaintiff** <br><br> v. <br><br> **NAVIENT SOLUTIONS, LLC,** <br> **Defendant** | ) <br> ) <br> ) <br> ) <br> )  Civil Action No. <br> )  1:18-cv-03147- CAP <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SETTLEMENT

Comes now the Plaintiff ADRIENNE DURHAM ("Plaintiff"), by and through her undersigned counsel, and does hereby notify this Court that the parties have reached a settlement and hereby request all deadlines and hearings be stayed. A stipulation for dismissal will be forthcoming within the next 30 days.

Respectfully submitted this 20th day of February, 2019.

**ARMOR LAW, LLC**
**/S/Chris Armor**
_____
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 451328
Atlanta, GA 31145
Phone: (470) 990-2568
Fax: (404) 592-6102
Email: chris.armor@armorlaw.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document was prepared in size 14 Times New Roman font.

/S/ Chris Armor

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| **ADRIENNE DURHAM,** Plaintiff | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:18-cv-03147- CAP |
| v. |  |  |
| **NAVIENT SOLUTIONS, LLC,** Defendant |  |  |

## ORDER

Plaintiff ADRIENNE DURHAM ("Plaintiff"), filed a motion with this Court for leave to file her Motion to Compel Discovery against Navient Solutions, LLC ("Defendant") under seal pursuant to the terms of the Protective Order entered in this case. IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. The Court directs the Clerk of Court to file Plaintiff's Motion to Compel Discovery and attached Exhibits A - E under seal.

So ordered this _____ day of January, 2019.

_____
**CHARLES A. PANNELL, JR.**
**UNITED STATES DISTRICT JUDGE**

Order prepared by:
   ARMOR LAW, LLC
   <u>/S/Chris Armor</u>
   Christopher N. Armor
   Georgia Bar No. 614061

160 Clairemont Avenue, Suite 200
Decatur, GA 30030