UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| **ADRIENNE DURHAM,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| | ) | |
| | ) | Civil Action No. |
| v. | ) | 1:18-cv-03147- CAP |
| | ) | |
| | ) | |
| **NAVIENT SOLUTIONS, LLC,** | ) | |
| **Defendant** | ) | |

## STIPULATION TO DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff hereby moves this Court to dismiss Defendant Navient Solutions, LLC with Prejudice. The plaintiff may dismiss an action without a court order by filing either a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1). Defendant has already filed an answer in this case, so a stipulation of dismissal by all parties is required. The undersigned parties stipulate to this Court dismissing Defendant with prejudice.

Respectfully submitted this 9th day of March, 2020.

**ARMOR LAW, LLC**
**/S/Chris Armor**
_____
Christopher N. Armor

Georgia Bar No. 614061
P.O. Box 451328
Atlanta, GA 31145
Phone: (470) 990-2568
Fax: (404) 592-6102
Email: chris.armor@armorlaw.com

/s/ Jordan S. O'Donnell
Jordan S. O'Donnell (pro hac vice)
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor Boston, MA 02109
Phone: 617-213-7000
Fax: 617-213-7001
jodonnell@hinshawlaw.com

Dennis N. Lueck, Jr. (pro hac vice)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor San Francisco, CA 94111
Tel: 415-362-8118
Fax: 415-834-9020
dlueck@hinshawlaw.com
Counsel for Defendant Navient Solutions, LLC

CERTIFICATE OF COMPLIANCE

I hereby certify that this document was prepared in size 14 Times New Roman font.

/S/ Chris Armor
